IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**                                                    **PETITIONER**

No. 3:24-cv-00050 KGB/PSH

**STATE OF ARKANSAS**                                                   **RESPONDENT**

### ORDER

Petitioner Dorletha Lambert ("Lambert") has filed a petition for writ of habeas corpus and filed an application to proceed *in forma pauperis*. Doc. Nos. 1 & 2. As a part of this application, she submitted a calculation of initial payment of filing fee in which a representative of the prison provided the following information: Lambert currently has the sum of $36.15 in her account, her average monthly deposit over the past six months was $102.50, and her average balance over the last six months was $42.59. See Doc. No. 1.

The filing fee for a petition pursuant to 28 U.S.C. § 2254 is five dollars. Applying the formula for calculating an initial payment of filing fee, i.e., the greater of either the average monthly deposits times .20 to the prisoner's institutional account or the average monthly balance in the account times .20 for the preceding six months, see U.S.C. § 1915(b)(1), it is clear that Lambert's

1

average monthly deposit times .20 is in excess of five dollars.[1]  Lambert has the means to pay the filing fee, and her motion to proceed *in forma pauperis* is DENIED.

Lambert is given until May 1, 2024, to pay the five dollar filing fee.  In the event she fails to pay the filing fee by the close of business on May 1, 2024, the Court will recommend that this case be dismissed without prejudice.  Unless and until the filing fee is paid, service of process will not be ordered.[2]  The Clerk is also directed to change the name of the respondent from State of Arkansas to Dexter Payne, Director, Arkansas Division of Correction ("ADC").

---

[1] The precise calculation is $102.50 times .20 = $20.50.

[2] Lambert is hereby notified of her responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 2nd day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE