IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**                                                    **PETITIONER**

No. 3:24-CV-00050 KGB/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                **RESPONDENT**

# ORDER

Petitioner Dorletha Lambert ("Lambert") filed a petition for writ of *habeas corpus* on March 27, 2024. Doc. No. 1. She is challenging her 2023 convictions of driving with DWI suspended license and DWI.

Respondent Dexter Payne ("Payne") moves to dismiss the petition, citing Lambert's failure to first exhaust her available remedies in state court. See 28 U.S.C. § 2254(b)(1). Specifically, Payne contends Lambert currently has pending motions in state court for Rule 37 relief, seeking a reduction in sentence and state habeas corpus relief.

Before ruling on Payne's motion to dismiss Lambert is notified of her opportunity to oppose the motion. She is directed to file any opposing pleading on or before June 24, 2024.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE