IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**                                                                 **PETITIONER**

No. 3:24-cv-00050 KGB/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                                **RESPONDENT**

## ORDER

By Court Order of June 27, 2024 respondent Dexter Payne ("Payne") was directed to file a supplemental pleading. Payne requests additional time, until August 6, to file this response. The motion for extension of time (Doc. No. 17) is granted.

IT IS SO ORDERED this 18th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE