# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DORLETHA LAMBERT**                                                                                   **PETITIONER**

V.                              No. 3:24-cv-00050 KGB/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                                                **RESPONDENT**

## ORDER

On May 2, 2025, Chief United States District Judge Kristine G. Baker entered an Order which, among other things, lifted the previous stay in this case, effectively reopening the case. Judge Baker directed the respondent, Dexter Payne ("Payne"), to expand the record and submit to the Court the state court record from *State v. Lambert*, 16JCR-22-204 (Craighead Cnty. Cir. Ct.). Doc. No. 33.

The Court has not yet received the state court record from Payne.

Petitioner Dorletha Lambert ("Lambert") has filed her Motion to Move Forward or Prison Release. Doc. No. 36. Lambert correctly notes that the state court record has not been filed and asks that she be released due to this delay. The motion

for release is denied. Payne is directed to file the state court record on or before July 3.

Since the case is moving forward and release is not warranted, the motion (Doc. No. 36) is denied.

IT IS SO ORDERED this 16th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE