IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**                                                                           **PETITIONER**

No. 3:24-cv-00050 KGB/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                                          **RESPONDENT**

## ORDER

The motion of petitioner Dorletha Lambert ("Lambert") for a copy of Doc. No. 47 is GRANTED. See Doc. No. 50. The Clerk is directed to forward a copy of this document to Lambert.

Lambert has also filed a motion pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend her petition for writ of *habeas corpus*. Doc. No. 51. She seeks to add two claims, ineffective assistance of counsel and prosecutorial misconduct, to her pending petition. Rule 15 provides that the court "should freely give leave when justice so requires." Lambert's motion is GRANTED. She is directed to submit an amended petition containing all of her claims for relief, including the new claims, and stating the facts supporting them. *See* Rule 2(c), Rules Governing Section 2254 Cases in the United States District Courts. Lambert is directed to submit the amended petition on or before October 29, 2025. The Clerk

is directed to forward the appropriate form for Lambert to use. *See* Rule 2(d), Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 18th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE