IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**                                                              **PETITIONER**

No. 3:24-cv-00050 KGB/PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                              **RESPONDENT**

## ORDER

Dorletha Lambert has filed an amended petition for writ of *habeas corpus* in response to the Court's September 18 Order granting her motion to file an amended petition. Respondent is directed to file a response to the amended petition on or before November 17, 2025.

IT IS SO ORDERED this 14th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE