## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DORLETHA LAMBERT,**                                                          **PETITIONER**
**ADC #719450**

**v.**                                      **Case No. 3:24-cv-00050-KGB**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                            **RESPONDENT**

## ORDER

Before the Court is petitioner Dorletha Lambert's motion requesting the Court to Order the Craighead County Circuit Court Clerk to send certified filed-marked documents to the Supreme Court of the State of Arkansas (Dkt. No. 59).  Lambert requests that the Court order the Craighead County Circuit Court Clerk to send certified copies of a number of documents to the Arkansas Supreme Court (*Id.*).  After careful consideration, the Court denies Lambert's motion (*Id.*).  To the extent Lambert seeks to receive copies of documents from her state court proceedings, Lambert must make that request from the Craighead County Circuit Clerk.

It is so ordered this 11th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge