## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DORLETHA LAMBERT,**                                                    **PETITONER**
**ADC #719450**

**v.**                                    **Case No. 3:24-cv-00050-KGB**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Dorletha Lambert's petition for writ of *habeas corpus* is dismissed without prejudice.  The Court declines to issue a certificate of appealability because Lambert has not made a showing of a denial of a constitutional right.

It is so adjudged this 11th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge