## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DORLETHA LAMBERT,**                                                              **PETITIONER**
**ADC #719450**

**v.**                                          **Case No. 3:24-cv-00050-KGB**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                              **RESPONDENT**

### ORDER

Before the Court is petitioner Dorletha Lambert's motion for copies (Dkt. No. 68). On March 11, 2026, the Court dismissed with prejudice Lambert's petition for writ of *habeas corpus* (Dkt. Nos. 64; 65). Lambert represents that she has not yet received her appeal documents from the Order and Judgment in the case (Dkt. No. 68). The Court denies Lambert's motion for copies (Dkt. No. 68). The Court does not have an appeal form that Lambert is to complete if she wants to appeal. Instead, if Lambert wants to appeal, Lambert is to complete a notice of appeal pursuant to Federal Rule of Appellate Procedure 3(c). Fed. R. App. P. 3(c). If Lambert seeks to appeal, she is directed to send to the Court a notice of appeal containing the party taking the appeal, the judgment from which the appeal is taken, and the name of the court to which the appeal is taken (*Id.*).

It is so ordered this 27th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge